

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of R.N., a child,                  * From the 35th District Court
                                                 of Brown County,
                                                 Trial Court No. CV2401004.

No. 11-24-00265-CV                       * March 20, 2025

                                                 * Memorandum Opinion by Bailey, C.J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.